UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA ODOM, et al.,<br><br>     Plaintiffs,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendant. | No. 2:17-cv-1417 KJM DB PS<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiffs are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On October 10, 2017, the undersigned issued an order dismissing plaintiffs' complaint and granting plaintiffs twenty-eight days to file an amended complaint. (ECF No. 5.) On October 31, 2017, the undersigned issued an order granting plaintiff Laila Odom a thirty-day extension of time. (ECF No. 7.) On December 15, 2017, the undersigned issued an order granting plaintiff an additional ninety-day extension of time. (ECF No. 9.) Plaintiff was specifically cautioned that the failure to respond to the court's order in a timely manner would result in a recommendation that this action be dismissed. (Id. at 2.) The ninety-day period has expired, and plaintiff has not responded to the court's order in any manner.

////

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
3    These findings and recommendations will be submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5  after being served with these findings and recommendations, any plaintiff may file written
6  objections with the court.  A document containing objections should be titled "Objections to
7  Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file
8  objections within the specified time may waive the right to appeal the District Court's order.  See
9  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/odom0141.fta.f&rs

2